**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000650**
**18-DEC-2015**
**08:48 AM**

NO. CAAP-15-0000650

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
of the Residential Asset Securitization Trust 2006-A8,
Mortgage Pass-Through Certificates Series 2006-H Under the
Pooling and Servicing Agreement dated June 1, 2006,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
MICHAEL C. GREENSPON,
Defendant/Counter-Claim Plaintiff/
Third-Party Plaintiff/Appellant,
and
DAVID B. ROSEN, The Law Office of David B. Rosen,
OCWEN LOAN SERVICING, LLC, Third-Party Defendants/Appellees,
and
DOES 1-10, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0395(2))

ORDER GRANTING IN PART THE DECEMBER 9, 2015
MOTION TO WITHDRAW APPEAL WITHOUT PREJUDICE
AND THE APPEAL IS DISMISSED
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Motion to Withdraw Appeal
Without Prejudice (Motion), filed December 9, 2015, by Defendant/
Counterclaim Plaintiff/Third-Party Plaintiff/Appellant Michael C.
Greenspon, pro se, the papers in support, and the record, it
appears that (1) the appeal was docketed on November 2, 2015;

(2) Hawai'i Rules of Appellate Procedure Rule 42(b) authorizes the court to dismiss a docketed appeal upon a motion; and (3) Appellant seeks to dismiss the appeal without prejudice because it was "inadvertently" created by the September 2, 2015 order in his related appeal, Deutsche Bank National Trust Company v. Greenspon, No. CAAP-15-0000307, and he did not intend to create a new appeal.

Therefore, IT IS HEREBY ORDERED that the Motion is granted in part and the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 18, 2015.

Chief Judge

Associate Judge

Associate Judge